UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Ron Betzold,

    Plaintiff,                                ORDER

v.

                                Civil No.: 09-2124 (MJD/JJK)

Valentine & Kebartas, Inc.

    Defendant.

---

Plaintiff in this case filed a Voluntary Dismissal [Doc. #3] with the Court on October 5, 2009. Defendant has not yet answered the initial complaint.

IT IS HEREBY ORDERED THAT:

1. Plaintiff's motion for dismissal is **GRANTED**, with prejudice. This case is hereby dismissed.

Dated: October 6, 2009                        s/Michael J. Davis
                                                             MICHAEL J. DAVIS
                                                             Chief Judge
                                                             United States District Court